**MUTUAL AUTO PARKS, INC., Appellant,**

v.

**DIVISION OF ASSESSMENTS, JACKSON COUNTY, Missouri, Robert M. Bowley, Manager, Respondents.**

**No. WD 50308.**

Missouri Court of Appeals, Western District.

July 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Application to Transfer Denied Oct. 24, 1995.

Stephen Mirakian, Kansas City, for appellant.

William Gnefkow, Jr., Asst. County Counselor, Jackson County, Kansas City, for respondents.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Appeal from the judgment of the circuit court affirming the decision of the State Tax Commission as to the valuation of real property for tax assessment purposes.

Affirmed. Rule 84.16(b).